AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Joel Morales

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07MJ115A

I, Joel Morales, charged in a ☒ complaint ☐ petition pending in this District with 3 counts of distribution of cocaine base in violation of Title 21, U.S.C., 841(a)(1), (b)(1)(B)(iii), (b)(1)(C), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Joel Morales
*Defendant*

Nov. 16, 2007
*Date*

[signature]
*Counsel for Defendant*