1413999

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
NOV 16 2007
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

JOEL MORALES

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ115A

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOEL MORALES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

☐ Indictment ☐ Information X Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

(1) On 9/26/07, distributing five grams or more of a mixture and substance containing a detectable amount of cocaine base a Schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(iii);

(2) On 10/4/07, distributing a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C);

(3) On 10/26/07, distributing a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

11/16/07 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Pawtucket, RI by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/16/07 | CJ Wyant SDUSM | |
| DATE OF ARREST 11/15/07 | | |