**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:07-M-115A** |
| | : | |
| | : | |
| **JOEL MORALES** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Joel Morales, by and through his attorney, Matthew B. Smith, Esq., move the Court to exclude the period February 8, 2008 through April 8, 2008 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

1. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the charges filed by complaint in this matter, thereby conserving judicial resources.

2. Counsel for the defendant has only recently entered his appearance, replacing the defendant’s court appointed counsel, and counsel and the defendant therefore need a short period of

additional time to discuss and consider a proposed plea agreement. In particular, the government only yesterday received a toxicology report containing information critical to analyzing the potential sentence the defendant faces in this case, and has just forwarded that report to defense counsel today.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

JOEL MORALES,

By his Attorney,

/s/ Matthew B. Smith___
MATTHEW B. SMITH, ESQ.
RI Bar No. 4120
1206 Westminster Street
Providence, RI 02909
Tele: (401) 453-0700
FAX: (401) 454-5557
matthew@verdecchialaw.com

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: January 29, 2008