IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 08 33 ML |
| | : | |
| v. | : | In violation Of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) |
| | : | |
| | : | |
| JOEL MORALES | : | |

FILED
APR 02 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about September 26, 2007, in the District of Rhode Island, the defendant, JOEL MORALES, did knowingly and intentionally distribute five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT 2

On or about October 4, 2007, in the District of Rhode Island, the defendant, JOEL MORALES, did knowingly and intentionally distribute five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT 3

On or about October 26, 2007, in the District of Rhode Island, the defendant, JOEL MORALES, did knowingly and intentionally distribute five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 4/2/08