AO 257
(USAO REV. 6/99)

CR 08 33 ML

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RI

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

MAG. JUDGE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶ 1:07-MJ-115A

Place of offense: PROVIDENCE, RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT – U.S. vs.**

JOEL MORALES

Address

Birth Date

Social Secu

REDACTED

**IS NOT**
1) ☐
2) ☐
3) ☐

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 11/15/07
Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

Three (3) Counts: knowingly and intentionally distributing five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Substance

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii),

Penalties as to each Count:

40 years imprisonment, with a mandatory minimum term of five (5) years imprisonment;
$1,000,000 fine;
supervised release of life, with a minimum term of four (4) years;
$100 special assessment.

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)