c. The total net weight of the cocaine base in the form of crack cocaine involved in Count 2 of the Information is 6.57 grams, and the government would have proven that fact beyond a reasonable doubt.

d. The total net weight of the cocaine base in the form of crack cocaine involved in Count 3 of the Information is 6.72 grams, and the government would have proven that fact beyond a reasonable doubt;

e. With respect to the conduct involved in Count ~~2~~ 3 of the Information, a dangerous weapon was possessed within the meaning USSG §2D1.1(b)(1). PFN MBS JAM

5. Except as expressly provided in the preceding paragraph, there is no agreement as to which Offense Level and Criminal History Category applies in this case. Both the United States and Defendant reserve their rights to argue and present evidence on all matters affecting the Guideline calculation.

6. The maximum and minimum statutory penalties for the offenses to which Defendant is pleading guilty are as follows:

<u>Count 1</u>

a. Forty (40) years imprisonment, with a mandatory minimum term of five (5) years imprisonment;

b. a fine of $2,000,000;