RECEIVED
APR 02 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOEL MORALES

WAIVER OF INDICTMENT

CR 08 33
CASE NUMBER:

I, JOEL MORALES, the above named defendant, who is accused of

three (3) counts of:

knowingly and intentionally distributing five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/11/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ