**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO: 08-00033-01ML**

**JOEL MORALES**

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

Now comes the Defendant, Joel Morales, Defendant in the above-captioned matter, by and through his attorney, and moves that this Honorable Court continue the Sentencing hearing currently scheduled for August 15, 2008 before this Honorable Court.

As grounds for this Motion the Defendant sets forth the following:

1. This matter is currently scheduled for Sentencing on August 15, 2008 before this Honorable Court;

2. That the Defendant, by and through counsel, is currently engaged in both discussion and activity with the Government that may substantially impact upon the Government's final sentencing recommendation to the Honorable Court;

3. After discussion with the Government, the Government concurs that a Sentencing date in early November of 2008 is reasonable and therefore, the Defendant's Motion To Continue Sentencing is Assented To by the Government (A.U.S.A. Peter Neronha);

WHEREFORE, Defendant, by and through counsel, respectfully requests that this Honorable Court continue the Sentencing of the Defendant currently scheduled for August 15, 2008 to a date in early November of 2008 or any other similar date convenient to the schedule of the Honorable Court.

Respectfully submitted,
Joel Morales,
By and through his attorney,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {Fax}

**CERTIFICATION**

I, hereby certify that on this 24th day of July 2008, I filed the within Assented to Motion to Continue Sentencing via the CM/ECF System. A copy of the within Assented to Motion was sent to Assistant United States Attorney Peter Neronha.

/s/ Matthew B. Smith, Esq.